**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

THE HOME INSURANCE COMPANY

    **Plaintiff(s)**

      **v.**                                 **CIVIL NO.** 00-1184(JAG)

PANAMERICAN GRAIN MANUFACTURING
COMPANY, INC., <u>et al.</u>,
    **Defendant(s)**


**ORDER**

    The deadline for filing objections to the Magistrate-Judge's Report and Recommendation has elapsed. Upon review of the record, the Court fully adopts the Report and Recommendation. (Docket No. 131). Attorneys' Fees in the amount of $111,766.75 are hereby **GRANTED** in favor of plaintiff The Home Insurance Company.


    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 24th day of October, 2005.


                         <u>S/Jay A. Garcia-Gregory</u>
                         JAY A. GARCIA-GREGORY
                         United States District Judge